```
                                                    FILED
                                              U.S. DISTRICT COURT
                                                BRUNSWICK DIV.

       IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF GEORGIA   2006 SEP -6  A 8: 36
                STATESBORO DIVISION
                                              CLERK _____
                                                 SO. DIST. OF GA.
```

ERNEST HOWARD, SR.,

    Plaintiff,

v.                                        CIVIL ACTION NO.: CV606-062

HUGH SMITH; STEVE ROBERTS;
SANDRA MOORE; JOHN BROWN;
STEVE DUPREE; LOUIE SMITH;
JOHNNY SMITH; SHELDON
WASHINGTON; Sgt. ARTHUR;
Sgt. FORD; CO II CROLEY; HERBERT
McCRAY; ROBERT CAULEY; DAVID
PALMER; BERNARD JOINER;
RICHARD NAIL; BILLY BLACK;
CO II OLIVER; WILBERT DANIELS;
LANNIS TILMAN; OLAN STRICKLAND;
WELTON TOOTLE; CLARENCE
JACKSON; CO II KRUECK; JACK
WRIGHT; CO II HILL; DONALD
UNDERWOOD; Officer CLARK;
Officer DURDEN; WALTER GILBERT;
ESSIE WEAVER; SHAWANA MONROE';
SHEENA McKINNIS; Officer JENKINS;
M. BRADLEY; M. S. FLEMING;
J. REAVES; DEBRA M. KNIGHT;
Dr. RAO; Dr. ADLER; Physician's
Assistant CHEATAM, and Dr. JONES,

    Defendants.

## ORDER

Plaintiff has filed a Motion to Compel Discovery seeking responses to discovery that he had directed to Defendants Sgt. Ford and Sheldon Washington. Defendants have filed a response to Plaintiff's motion stating that Defendants Ford and Washington are unavailable to assist counsel in providing discovery responses. After consideration, Plaintiff's Motion to Compel is **GRANTED**. Within ten (10) days of the date of this Order, counsel for Ford and

AO 72A
(Rev. 8/82)

Washington shall serve responses to Plaintiff's interrogatories with information available to counsel.

SO ORDERED, this 6th day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)