**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

FILED
U.S. DISTRICT COURT

2006 NOV -7  P 1: 28

*S. LaVictorie*

ERNEST HOWARD, SR.,                       :

      Plaintiff,                              :

      v.                                      :     CIVIL ACTION NO.: CV606-062

HUGH SMITH; STEVE ROBERTS;                :
SANDRA MOORE; JOHN BROWN;                 :
STEVE DUPREE; LOUIE SMITH;                :
JOHNNY SMITH; SHELDON                      :
WASHINGTON; Sgt. ARTHUR;                   :
Sgt. FORD; CO II CROLEY; HERBERT          :
McCRAY; ROBERT CAULEY; DAVID              :
PALMER; BERNARD JOINER;                    :
RICHARD NAIL; BILLY BLACK;                 :
CO II OLIVER; WILBERT DANIELS;            :
LANNIS TILMAN; OLAN STRICKLAND;           :
WELTON TOOTLE; CLARENCE                    :
JACKSON; CO II KRUECK; JACK               :
WRIGHT; CO II HILL; DONALD                :
UNDERWOOD; Officer CLARK;                 :
Officer DURDEN; WALTER GILBERT;           :
ESSIE WEAVER; SHAWANA MONROE'             :
SHEENA McKINNIS; Officer JENKINS;         :
M. BRADLEY; M. S. FLEMING;                :
J. REAVES; DEBRA M. KNIGHT;               :
Dr. RAO; Dr. ADLER; Physician's           :
Assistant CHEATAM, and Dr. JONES,         :

      Defendants.                             :

## O R D E R

On September 25, 2006, Plaintiff filed a Motion to Compel Discovery and For Service

of Defendants' Motion for Summary Judgment. (Doc. 127).  In his Motion to Compel, Plaintiff

asserts that some Defendants have not responded to his first interrogatories and some

Defendants have not responded to his second interrogatories.  He has attached a letter from

Defendants' counsel dated July 10, 2006, regarding requested discovery.  Plaintiff has not

complied with Local Rule 26.5 which provides that Motions to Compel Discovery shall quote

verbatim each interrogatory and any objection thereto.  Plaintiff's Motion to Compel Discovery

AO 72A
(Rev. 8/82)

is **DENIED**.  The parties are advised that responses should be made to written discovery which is served prior to the close of discovery.  <u>See</u> Local Rule 26.1(d)(i) (providing that parties <u>serve</u> all written discovery prior to the expiration of the discovery period).  As Plaintiff has filed a response to Defendants' Motion for Summary Judgment and filed a Cross Motion for Summary Judgment, the portion of Plaintiff's motion for an order for service of Defendants' Motion for Summary Judgment is **dismissed** as moot.

SO ORDERED, this ___7<u>th</u>___ day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)