FILED
U.S. DISTRICT COURT

2006 NOV 16  P 2:08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ERNEST HOWARD, SR., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: CV606-062 |
| HUGH SMITH; STEVE ROBERTS; SANDRA MOORE; JOHN BROWN; STEVE DUPREE; LOUIE SMITH; JOHNNY SMITH; SHELDON WASHINGTON; Sgt. ARTHUR; Sgt. FORD; CO II CROLEY; HERBERT McCRAY; ROBERT CAULEY; DAVID PALMER; BERNARD JOINER; RICHARD NAIL; BILLY BLACK; CO II OLIVER; WILBERT DANIELS; LANNIS TILMAN; OLAN STRICKLAND; WELTON TOOTLE; CLARENCE JACKSON; CO II KRUECK; JACK WRIGHT; CO II HILL; DONALD UNDERWOOD; Officer CLARK; Officer DURDEN; WALTER GILBERT; ESSIE WEAVER; SHAWANA MONROE; SHEENA McKINNIS; Officer JENKINS; M. BRADLEY; M. S. FLEMING; J. REAVES; DEBRA M. KNIGHT; Dr. RAO; Dr. ADLER; Physician's Assistant CHEATAM, and Dr. JONES, | |
| Defendants. | |

## O R D E R

Let a copy of this Report and Recommendation be served upon the parties. The parties will be allowed ten (10) days from the date of service of this Report and Recommendation to file objections. If no objections are made, this Report and

AO 72A
(Rev. 8/82)

Recommendation will be adopted as a record of the proceedings and may become the opinion and order of the Court. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. Unit B 1982).

All requests for additional time to file any objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned for his determination.

The Clerk of Court is directed to submit the Report and Recommendation with objections, if any, on or before the 4th day of December, 2006.

**SO ORDERED**, this 16th day of November, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)