FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 22 A 9 20

CLERK _L. LaVictoire_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERNEST HOWARD, SR.,

   Plaintiff,

v.

HUGH SMITH; STEVE ROBERTS;
SANDRA MOORE; JOHN BROWN;
STEVE DUPREE; LOUIE SMITH;
JOHNNY SMITH; SHELDON
WASHINGTON; Sgt. ARTHUR;
Sgt. FORD; CO II CROLEY; HERBERT
McCRAY; ROBERT CAULEY; DAVID
PALMER; BERNARD JOINER;
RICHARD NAIL; BILLY BLACK;
CO II OLIVER; WILBERT DANIELS;
LANNIS TILMAN; OLAN STRICKLAND;
WELTON TOOTLE; CLARENCE
JACKSON; CO II KRUECK; JACK
WRIGHT; CO II HILL; DONALD
UNDERWOOD; Officer CLARK;
Officer DURDEN; WALTER GILBERT;
ESSIE WEAVER; SHAWANA MONROE'
SHEENA McKINNIS; Officer JENKINS;
M. BRADLEY; M. S. FLEMING;
J. REAVES; DEBRA M. KNIGHT;
CARMEN DILLIHUNT; Dr. RAO;
Dr. ADLER; Physician's Assistant
CHEATAM, and Dr. JONES,

   Defendants.

CIVIL ACTION NO.: CV606-062

## ORDER

Plaintiff has filed a Motion to Compel Discovery. He asserts that defendants have failed to respond to Interrogatories propounded to Defendants Louis Smith, Robert Cauley, CO II Oliver, CO II Krueck, Jack Wright, CO II Hill, CO II Jinkins, M.S. Fleming, J. Reaves, Debra Knight, Herbert McCray, Dr. Rao, Dr. Adler, PA Cheatam, Billy Black, Welton Tootle, Hugh Smith, Sgt. Ford, and Debra Knight. Defendants have filed no response to Plaintiff's

AO 72A
(Rev. 8/82)

Motion to Compel indicating no opposition thereto. See Local Rule 7.5. Plaintiff's unopposed Motion to Compel is **GRANTED** in part. Within ten (10) days of the date of this Order, counsel for Defendants shall serve responses to Plaintiff's interrogatories propounded to Defendants Louis Smith, Robert Cauley, CO II Oliver, CO II Krueck, Jack Wright, CO II Hill, CO II Jinkins, M.S. Fleming, J. Reaves, Debra Knight, Herbert McCray, Dr. Rao, Dr. Adler, PA Cheatam, Billy Black, Welton Tootle, Hugh Smith, Sgt. Ford, and Debra Knight. Plaintiff's motion is **DENIED** as to Defendants Rao, Adler, Cheatam, and Jinkins, as these defendants have not been served with the complaint and summons.

**SO ORDERED**, this 22 day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)