IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ERNEST HOWARD, SR.,

  Plaintiff,

v.              CIVIL ACTION NO.: CV606-062

HUGH SMITH; STEVE ROBERTS;
SANDRA MOORE; JOHN BROWN;
STEVE DUPREE; LOUIE SMITH;
JOHNNY SMITH; SHELDON
WASHINGTON; Sgt. ARTHUR;
Sgt. FORD; CO II STEVEN CROLEY;
HERBERT McCRAY; ROBERT CAULEY;
DAVID PALMER; BERNARD JOINER;
RICHARD NAIL; BILLY BLACK;
CO II NEAL OLIVER; WILBERT DANIELS;
LANNIS TILMAN; OLAN STRICKLAND;
WELTON TOOTLE; CLARENCE
JACKSON; CO II KRUECK; JACK
WRIGHT; CO II MATTHEW HILL;
DONALD UNDERWOOD; Officer CLARK;
Officer DURDEN; WALTER GILBERT;
ESSIE WEAVER; SHAWANA MONROE;
SHEENA McKINNIS; Officer JINKINS;
M. BRADLEY; M. S. FLEMING;
J. REAVES; DEBRA M. KNIGHT;
CARMEN DILLIHUNT, and Dr. JONES,

  Defendants.

## ORDER

Plaintiff has filed a Motion for Reconsideration (Doc. 159) of the Court's Order dated February 12, 2007. That Order denied Plaintiff's Motion for Summary Judgment and a subsequent Motion to Amend his complaint. Additionally, the Order granted, in part, and denied, in part, Defendants' Motion for Summary Judgment. Plaintiff has also filed a

Motion to Amend (Doc. 170) his Motion for Reconsideration. Plaintiff's Motion to Amend is **granted**. Plaintiff's Motion for Reconsideration is **DENIED**. Plaintiff's motion and amended motion offer nothing to influence the Court to change its Order. The Order dated February 12, 2007, shall remain the Order of the Court.

**SO ORDERED**, this 17 day of May, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA